UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ RIVERA,

        Plaintiff,

    v.

GMAC MORTGAGE, JP MORGAN CHASE, PAUL FINANCIAL, LLC, ETS SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REPUBLIC 2, JOE NGUYEN, MINH DUONG and DOES 1-20, inclusive,

        Defendants.

                           NO. CIV. S-09-1639 LKK/JFM

                                 O R D E R

/

    Pending before the court are three motions to dismiss, currently set to be heard on August 17, 2009 and August 31, 2009. In light of plaintiff's having filed an amended complaint, all of the motions (Doc. Nos. 8, 10, 12) are DENIED, without prejudice, as moot.

    IT IS SO ORDERED.

    DATED: August 14, 2009.

                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT