UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ RIVERA,

           NO. CIV. S-09-1639 LKK/JFM

    Plaintiff,

  v.

           O R D E R

GMAC MORTGAGE, JP MORGAN
CHASE, PAUL FINANCIAL, LLC,
ETS SERVICES, LLC, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., REPUBLIC 2,
JOE NGUYEN, MINH DUONG and
DOES 1-20, inclusive,

    Defendants.

                              /

    Plaintiff in this case brings claims against eight defendants arising out of plaintiff's mortgage. A status conference in this case was scheduled for September 8, 2009 at 2:00 p.m. Plaintiff failed to file a status report prior to this conference, despite repeated attempts by chambers staff to contact plaintiff's counsel and the opportunity to file a late report.

    Based on the above, the court ORDERS as follows:

    1.   Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing by September 21, 2009 why the above-captioned case should not be dismissed as a sanction permitted by

1

```
            Local Rule 11-110, for the failure to submit a status
            report.  See Fed. R. Civ. P. 41(b), Link v. Wabash R.R.,
            370 U.S. 626, 633 (1962)
2.   The court SETS a further status conference for December
            7, 2009, at 3:30 p.m.
IT IS SO ORDERED.
DATED:  September 10, 2009.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2