1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                      FOR THE EASTERN DISTRICT OF CALIFORNIA

7

LUZ RIVERA,

8                                              NO. CIV. S-09-1639 LKK/JFM

9          Plaintiff,

10     v.
                                                         O R D E R
11  GMAC MORTGAGE, JP MORGAN
    CHASE, PAUL FINANCIAL, LLC,
12  ETS SERVICES, LLC, MORTGAGE
    ELECTRONIC REGISTRATION
13  SYSTEMS, INC., REPUBLIC 2,
    JOE NGUYEN, MINH DUONG and
14  DOES 1-20, inclusive,

15
           Defendants.
16  _____/

17         Pending before the court in the above-captioned case are a

18  motion to dismiss by defendants GMAC Mortgage, ETS Services, LLC

19  and Mortgage Electronic Registration Systems, Inc., Doc. No. 20,

20  and a motion to dismiss or alternatively for a more definite

21  statement by defendant Paul Financial, LLC, ("Paul Financial") Doc.

22  No. 22. In its motion and reply, Paul Financial frequently

23  supported its arguments with exhibits attached to the Declaration

24  of Melanie Frank ("Frank Decl.). Paul Financial neglected to file

25  and serve the Frank Decl. with its motion. Defendant did, however,

26  file the declaration and its exhibits in its prior motion to

                                      1

dismiss plaintiff's original complaint. Plaintiff purports that because she was not served with the declaration in the present motion that she was unaware of its contents. Opposition to Paul Financial's Motion to Dismiss at p.9 n.4. Accordingly, plaintiff did not address any of defendant's arguments relying on the exhibits to the declaration. Id. For the foregoing reasons, the court orders that Paul Financial shall serve the Frank Declaration with all exhibits on plaintiff by November 2, 2009. Plaintiff shall file an amended opposition, if any, to Paul Financial's motion in light of the exhibits by November 12, 2009. Paul Financial shall file its reply, if any, by November 23, 2009.

Furthermore, the court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for October 26, 2009 is VACATED.

IT IS SO ORDERED.

DATED:  October 23, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2