UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUZ RIVERA,

        Plaintiff,

    v.

GMAC MORTGAGE, JP MORGAN CHASE, PAUL FINANCIAL, LLC, ETS SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REPUBLIC 2, JOE NGUYEN, MINH DUONG and DOES 1-20, inclusive,

        Defendants.

NO. CIV. S-09-1639 LKK/JFM

O R D E R

On January 11, 2010, this court granted in part and denied in part defendants' motions to dismiss. The court also granted plaintiff leave to file an amended complaint. On January 29, 2010, plaintiff filed an amended complaint. Plaintiff no longer brings any federal claims. Accordingly, this case no longer presents a federal question, and this court declines to exercise supplemental jurisdiction over plaintiff's state law claims. 28 U.S.C. § 1367(c)(3).

For these reasons, plaintiff's remaining claims are dismissed for lack of subject matter jurisdiction and all pending motions are

1

denied as moot. Pursuant to Fed. R. Civ. P. 41(b), dismissal of the state law claims does not operate as an adjudication on the merits. The clerk of the court is directed to close this case.

IT IS SO ORDERED

DATED: March 9, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT